

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DARREN ROY MACK,                    )
                                    )
              Petitioner,           )        3:12-cv-00104-RCJ-VPC
                                    )
vs.                                 )        **ORDER**
                                    )
E.K. MCDANIEL, *et al.*,            )
                                    )
              Respondents.          )
_____/

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding with representation of counsel. On February 22, 2012, petitioner paid the filing fee for this action, filed a petition, and filed a motion to stay. (ECF Nos. 1, 3.)

**IT IS THEREFORE ORDERED** that the clerk shall **ELECTRONICALLY SERVE** the petition, the motion for stay, and the addendum to the motion to stay (ECF Nos. 1, 3, 4) upon the respondents. A petition for federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions). If petitioner is aware of any claim not included in his petition, he should notify the court of that as soon as possible, perhaps by means of a motion to amend his petition to add the claim.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45) days** from entry of this order within which to respond to petitioner's motion for stay. If necessary, after ruling on the

1   motion for stay, the court will issue a scheduling order, which will, among other things, set a deadline

2   for the filing of respondents' answer or other response to the petition.

3       **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the Attorney General

4   of the State of Nevada a copy of every pleading, motion, or other document he submits for consideration

5   by the court. Petitioner shall include with the original paper submitted for filing a certificate stating the

6   date that a true and correct copy of the document was mailed to the Attorney General. The court may

7   disregard any paper that does not include a certificate of service. After respondents appear in this action,

8   petitioner shall make such service upon the particular Deputy Attorney General assigned to the case.

9       **IT IS FURTHER ORDERED** that any state court record exhibits filed by the parties shall be

10  filed with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF

11  attachments that are filed further shall be identified by the number or numbers (or letter or letters) of the

12  exhibits in the attachment. **The hard copy of any additional state court record exhibits shall be**

13  **forwarded – for this case – to the staff attorneys in Reno.**

14

15

16          DATED this 11th day of May, 2012.

17

18          _____
            UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26
                                2