UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DARREN ROY MACK, | ) | |
| Petitioner, | ) | 3:12-cv-00104-RCJ-VPC |
| vs. | ) | **ORDER** |
| E.K. McDANIEL, *et al.*, | ) | |
| Respondents. | ) | |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. In light of the order filed September 18, 2013, the Court sets further scheduling deadlines in this action.

Within (45) forty-five days of the date of entry of this order, Petitioner shall file a notice advising the Court of whether he will proceed *pro se* in this action or with retained counsel. If Petitioner retains counsel, such counsel shall file a notice of appearance within forty-five (45) days of the date of entry of this order.

Within ninety (90) days of the date of entry of this order, Respondents shall file an answer or other response to the petition. If an answer is filed, Petitioner shall have forty-five (45) days from the date of service of the answer to file a reply. If a motion is filed, the parties shall brief the motion in compliance with Rule 7-2 of the Local Rules of Civil Practice.

1    **IT IS THEREFORE ORDERED** that within **forty-five (45) days** of the date of entry of
this order, Petitioner shall file a notice advising the Court of whether he will proceed *pro se* or with
retained counsel.  If Petitioner retains counsel, such counsel shall file a notice of appearance within
**forty-five (45) days** of the date of entry of this order.

**IT IS FURTHER ORDERED** that Respondents shall have **ninety (90) days** from the date
of entry of this order within which to answer, or otherwise respond to, the petition.  In their answer
or other response, Respondents shall address all claims presented in the petition.  Respondents shall
raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion
and procedural default.  Successive motions to dismiss will not be entertained.  If an answer is filed,
Respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in
the United States District Courts under 28 U.S.C. § 2254.  If an answer is filed, Petitioner shall have
**forty-five (45) days** from the date of service of the answer to file a reply.  If a motion is filed, the
parties shall brief the motion in compliance with Rule 7-2 of the Local Rules of Civil Practice.

**IT IS FURTHER ORDERED** that any state court record exhibits filed by Respondents or
Petitioner shall be filed with a separate index of exhibits identifying the exhibits by number or letter.
The hard copy of all state court record exhibits shall be forwarded, for this case, to the staff attorneys
in the **Reno** Division of the Clerk of Court.

**IT IS FURTHER ORDERED** that the Clerk of Court **SHALL SERVE** this order on
petitioner Darren Roy Mack, Inmate #1014861, at Ely State Prison, P.O. Box 1989, Ely, NV 89301.

Dated this 15th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE