1

2

3

4

5

6                            **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

9
   DARREN ROY MACK,                        )
10                                          )
                      Petitioner,           )        3:12-cv-00104-RCJ-VPC
11                                          )
   vs.                                      )        **ORDER**
12                                          )
   RENEE BAKER,[1] *et al.*,                )
13                                          )
                      Respondents.          )
14  _____/

15          In this habeas corpus action under 28 U.S.C. § 2254, petitioner has filed an application to

16  proceed *in forma pauperis* (ECF No. 26) and a motion for appointment of counsel (ECF No. 27).

17  Petitioner's application to proceed *in forma pauperis* is incomplete.  The application does not

18  include an inmate account statement for the past six months and a properly executed financial

19  certificate signed by an authorized prison or jail officer, as required by 28 U.S.C. § 1915(a)(2) and

20  Local Rule LSR 1-2.  The *in forma pauperis* application will be denied, without prejudice, on that

21  basis.  In addition, the court shall reserve a decision on petitioner's motion for appointment of

22  counsel until it receives a fully completed application to proceed *in forma pauperis*

23          Petitioner is granted an opportunity to file a fully completed application to proceed *in forma*

24  *pauperis* on the correct form, including the financial certificate signed by an authorized prison or jail

25  _____

26          [1] Renee Baker is substituted for her predecessor, E.K. McDaniel, as Warden of Ely State Prison.
    Fed. R. Civ. P. 25(d).

1  officer.  The Clerk will be ordered to provide petitioner with the correct form for an application to

2  proceed *in forma pauperis*.

3        **IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis*

4  (ECF No. 26) is **DENIED** without prejudice to petitioner filing a new, fully completed application.

5        **IT IS FURTHER ORDERED** that petitioner shall, within **30 days** from the date of entry of

6  this order, file a fully completed application to proceed *in forma pauperis,* on the correct form,

7  including an inmate account statement for the past six months and a properly executed financial

8  certificate signed by an authorized prison or jail officer.

9        **IT IS FURTHER ORDERED** that the Clerk shall **SEND** petitioner a copy of this order and

10  the approved form for an application to proceed *in forma pauperis* and instructions for the same.

11        Dated this 3rd day of December, 2013.

12

13

14        UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26