1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DARREN ROY MACK, | ) | |
| | ) | |
| Petitioner, | ) | 3:12-cv-00104-RCJ-VPC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RENEE BAKER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | / | |

On October 20, 2014, this court entered an order directing Mack to either abandon an

unexhausted claim (Ground Three) from his habeas petition or suffer dismissal of the petition

pursuant to *Rose v. Lundy*, 455 U.S. 509 (1982).  ECF No. 61.  The order allowed 20 days for Mack

to file a notice of abandonment indicating that Ground Three is to be deleted from his petition.  That

time period elapsed without a response from Mack.  Accordingly, the respondents filed, on

November 19, 2014, a motion to dismiss the petition.  ECF No. 63.  Mack has not responded to that

motion.

**IT IS THEREFORE ORDERED** that respondents' motion to dismiss this habeas

proceeding (ECF No. 63) is **GRANTED**.  This action is **DISMISSED** without prejudice for failure

to exhaust state remedies pursuant to the total exhaustion rule of *Rose v. Lundy*, 455 U.S. 509, 522

(1982).  The Clerk shall enter judgment accordingly.

1    **IT IS FURTHER ORDERED** that respondents' motion to strike (ECF No. 66) the motion

2  for canvass (ECF No. 65) filed by Richard Cornell and William Routsis is **GRANTED** due to

3  Cornell and Routsis's lack of standing to file such a motion.  The Clerk is ordered to strike the

4  fugitive document from the record..

5    **IT IS FURTHER ORDERED** that a certificate of appealability is DENIED.

6    Dated this 12th day of March, 2015.

7

8    _____
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2